IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>PIERRE DUVON BOYD  ) | Criminal No. 05-22 Erie |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Pierre Duvon Boyd, EX5268, Year of Birth: 1982, African American, Male.

2. Detained by: SCI Albion, 10745 Route 18, Albion, Pennsylvania 16475.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

4. Detainee is presently confined in SCI Albion, Albion, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a change of plea at Erie, Pennsylvania on September 2, 2005, at 1:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of trial on federal charges.

6. The Superintendent of SCI Albion, Albion, Pennsylvania has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

___8/24/2005_____      _____
DATE                              UNITED STATES DISTRICT JUDGE

cc: United States Attorney