# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S. _____ )
_____ )
_____ )
_____ )
vs. _____ )   CR   05-22 Erie _____
Pierre Duvon Boyd _____ )
_____ )
_____ )
Defendants )

HEARING ON   Change of Plea _____

Before   Sean J. McLaughlin _____

Marshall Piccinini, Esq. _____     Adam Cogan, Esq. _____

Appear for Plaintiff                                          Appear for Defendant

Hearing Begun   9/2/2005 1:05 p.m. _____    Hrg Adjourned to _____

Hrg concluded C.A.V.   1:25 p.m. _____    Stenographer    Ron Bench _____

**WITNESSES**

For Plaintiff                                                  For Defendant

Defendant pled guilty to Count 1 of the
Indictment; Plea Agreement
marked and admitted as Government
Exhibit 1; Sentencing set for 11/30/2005
at 8:30 a.m.