AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered _June 6_, 20_05_, and now pleads guilty in open court this _2nd_ day of _September_ 20_05_

_____
Defendant