**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES, )<br>)<br>v.          )<br>)<br>PIERRE DUVON BOYD, )<br>)<br>Defendant. ) | Criminal Action No. 05-22 Erie |

## **ORDER**

AND NOW, this 2nd day of September, 2005, IT IS HEREBY ORDERED that sentencing is scheduled before the undersigned on **Wednesday, November 30, 2005 at 8:30 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

        s/ Sean J. McLaughlin
        United States District Judge

cc:   All parties of record.
      U.S. Marshal Service
      Probation