IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| VS. | ) CRIMINAL NO.: 05-22 |
| PIERRE DUVON BOYD, | ) |
| DEFENDANT. | ) |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of November, 2005, upon consideration of the Defendant's motion to continue the sentencing hearing, it is hereby **ORDERED** that said continuance is hereby **GRANTED**.

It is further **ORDERED** that sentencing in this matter be scheduled for _____, 2006, at _____.

_____, J.
THE HONORABLE SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT COURT JUDGE