IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | Criminal No. 05-22 ERIE |
| V | ) | |
| | ) | |
| PIERRE DUVON BOYD, | ) | |
|     Defendant. | ) | |

**NOTICE**

TAKE NOTICE that the above-captioned defendant, previously scheduled for Sentencing on Wednesday, November 30, 2005 at 8:45 a.m. has been rescheduled for **Thursday, March 2, 2006, at 9:00 a.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                                                      S/Nicole M. Kierzek
                                                                      Nicole M. Kierzek
                                                                       Deputy Clerk

cc: All counsel of record   nk
     Probation/pretrial Services
     U.S. Marshal Service