```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-22 Erie |
| | ) | |
| PIERRE DUVON BOYD | ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

    The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

    1. Name of Detainee: Pierre Duvon Boyd, EX5268, Year of Birth: 1982, African American, Male.

    2. Detained by: Albion State Correctional Institution, 10745 Route 18, Albion, Pennsylvania 16475-0001.

    3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

    4. Detainee is presently confined in the Albion State Correctional Institutino, Albion, Pennsylvania, serving a sentence on a state charge.

    5. The above case is set for sentencing at Erie, Pennsylvania on March 2, 2006 at 9:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

    6. The Superintendent of the Albion State Correctional Institution, Albion, Pennsylvania has no objection to the granting of this petition.

```
                              s/Marshall J. Piccinini
                              MARSHALL J. PICCININI
                              Assistant U.S. Attorney
                              PA ID No. 56362
```

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____      _____
DATE                                       UNITED STATES DISTRICT JUDGE

cc: United States Attorney