IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-22 Erie |
| | ) | |
| PIERRE DUVON BOYD | ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Pierre Duvon Boyd, 15180, Year of Birth: 1982, African American, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for sentencing at Erie, Pennsylvania on March 2, 2006 at 9:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

              s/Marshall J. Piccinini
              MARSHALL J. PICCININI
              Assistant U.S. Attorney
              PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____   _____
DATE                  UNITED STATES DISTRICT JUDGE

cc: United States Attorney