# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
**Plaintiff** )
)
vs. ) No. CR05-22E
)
Pierre Duvon Boyd )
)
**Defendant** )

HEARING ON **Sentencing**

Held on **Thurs. 3-2-06**

Before Judge **McLaughlin**

**Marshall Piccinini** | **Adam B. Cogan**
---|---
Appear for Plaintiff | Appear for Defendant

Hearing begun **9:09 am — 9:28 am   9:31 am — 9:40 am**   Hearing adjourned to _____

Hearing concluded C.A.V. _____   Stenographer **Ron Bench**

Clerk **Nicole Kierzek**

### WITNESSES:

For Plaintiff | For Defendant
---|---

Special Agt. Crouse sworn testimony (chambers)
no objections filed to PSI
Δ gave statement to the Court
Δ Sentenced

J & C to follow