Most Honorable Judge McLaughlin,  CR 05-22E

Today, June 18 2006 I write to you in sincere humbleness to request that you Honorable Judge Sean J. McLaughlin grant me a sentence modification of a concurrent designation on my federal and state sentence. As of date I've been incarcerated for one year, two weeks, and four days as a result of my federal charge. Prior to that I never violated my state parole. When I was realeased from boot-camp on October 1, 2003 I attended various college level courses and had a handful of different jobs. I got married and had wonderful baby-girl. I have a family that I urgently have to get home to. I need to be the father to my daughter that I never had in my life. I'm sure you are aware of my recent case my ignorance bring in front of you. I'm fully responsible for my actions and im deeply sorry. I also understand that I have a sentence that must be served. As a result of that sentence, the State Parole Boards indecisiveness to parole me to my detainer has caused me to become gridlocked from serving my federal sentence. I'm currently sitting on dead time, time that can be counting during my federal sentence. I recieved a 1 year hit without a parole review date for this federal case. As you also may know I did cooperate with government officials to the extreme

best of my ability, but for some reason it wasn't found to be substantial enough. If you was to look at the stenographer's notes it will show the agents <u>did</u> say I provided them with information they didn't know about. Your importance, im hoping and trusting that you will find the compassion and concern to gra me this motion. Your Honor im truely trying to get home and be true husband, father and contributing member of society. Your time and attention deeply appreciated. I send my than in advance.

                    Respectfully,
                    Pierre Boyd
                    Pierre Boyd CX-5268
                    10745 Route 18
                    Albion, PA 16475-0002

I was just told by my counselor that the reason why im still here is because they need the clerk of courts to send record of my sentence.