Name Pierre Boyd
Number EK-5266
Unit/Side JA/24
10745, Route 18
Albion, PA 16475-0002

RECEIVED
JUN 21 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS



US POSTAGE $00.39
MAILED FROM ZIP CODE 16401
JUN 20 2006

Honorable Jean J. McLaughlin
17 South Park Row
Erie, PA 16507