IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )   Criminal No. 05-22 ERIE |
| | ) |
| PIERRE DUVON BOYD, | ) |
| Defendant. | ) |
| | ) |

**ORDER**

AND NOW this  28th  day of June, 2006, the Defendant having filed Correspondence that the Court construes as a Motion to Modify Sentence (Document No.34)

IT IS HEREBY ORDERED that the said motion Be and HEREBY IS DENIED.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK