2005-11-01    15:07    *Exhibit (A)*    1:07-Cv-240 P. 2/3

| COMMONWEALTH OF PENNSYLVANIA<br>BOARD OF PROBATION AND PAROLE<br>PBPP-257N | **NOTICE OF CHARGES<br>AND HEARINGS** | [X] BOARD PAROLE<br>[ ] BOARD REPAROLE<br>[ ] OTHER STATE PAROLE<br>[ ] OTHER STATE PROB |
|---|---|---|

Arrest Report No.   **1**    Date of Rpt.   **11/01/2005**

| OFFENDER NAME (Last, First, Middle Initial)<br>**BOYD, PIERRE DAVON** | PAROLE NO.<br>**072BY** | SID NO.<br>**29608270** | INST. & NO.<br>**Quehanna Boot Camp EX5268<br>Quehanna Boot Camp EX5268** |
|---|---|---|---|

| COUNTY/STATE OF CONV<br>**Erie/PA<br>Erie/PA** | SENTENCE<br>**2y - 5y<br>6m - 3y** | MINIMUM DATE<br>**02/03/2004<br>08/03/2002** | RELEASE DATE<br>**10/01/2003<br>10/01/2003** | MAXIMUM DATE<br>**02/03/2007<br>02/03/2005** |
|---|---|---|---|---|

| PRESENT OFFENSE<br>**Simple Assault; F/A Not to be Carried w/o License<br>Possession Instrument of Crime (Gen)** | EFF. DATE OF DELINQ. (If applicable) |
|---|---|

This notice is in reference to your upcoming hearing: (Your rights for this are indicated on the reverse side)

[ ] Preliminary Hearing      [ ] Detention Hearing         [ ] Probable Cause Hearing
[ ] Violation Hearing        [X] Revocation Hearing        [ ] Panel Hearing

**CHARGES**

You are charged with the following :

NEW CONVICTION IN A COURT OF RECORD:
SUPPORTING EVIDENCE - On 9/2/2005 you plead guilty to the Honorable Judge McGlaughlin in the U.S. District Court for the
Western District of Pennsylvania under Indictment #05-22, Violation Title XXI, United States Code Section 841(a)(1), Section
841(b)(1)(b)(iii) (Felony).

OFFENDER'S SIGNATURE    X *Pierre Boyd*        DATE SIGNED    X *12/28/05*

[ ] You are now being charged with the above additional violations which will be heard along with the original charges at your violation and/or revocation hearing. (See
reverse side "Notice of Additional Charges").

| HEARING DATE AND TIME<br>DATE: **1-3-06**<br>TIME: **11:00 AM** | PUBLIC DEFENDER<br>Erie County Public Defender<br>509 Sassafras Street<br>Erie, PA 16507 | LOCATION<br>SCI-Albion<br>10745 Route 18<br>Albion, PA 16475   *12/28/05* |
|---|---|---|

| AGENT NAME/SIGNATURE/DATE<br>David H. Divell | SUPERVISOR NAME/SIGNATURE/DATE<br>Ann Fallen | OFFICE NAME<br>Erie DO - 06 |
|---|---|---|

*Atty*                                                            Page 1 of 1

*Exhibit (A)*

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:  PIERRE DUVON BOYD
CASE NUMBER:  CR 05-22 ERIE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**72 Months**

☑ The court makes the following recommendations to the Bureau of Prisons:

That this defendant be placed at FCI McKean and that he receive intensive drug treatment while incarcerated.

☑ The defendant is remanded to the custody of the United States ~~Marshal~~.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.    on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/04/2005

On January 31, 2005 PIERRE DUVON BOYD, black male, 2702 Brandes Street Apartment 2 Erie, Pennsylvania (PA) 16503 date of birth 08/17/82, PA operator license number (OLN) 26398258, was interviewed at the PA Office of Probation and Parole on 221 East 18th Street Erie, PA at approximately 10:24 AM by Trooper ERIC WAGNER of the PA State Police. Trooper WAGNER, knowing that BOYD was advised of his constitutional safeguards in writing on January 28, 2005, verbally advised BOYD of his Miranda warnings. BOYD was again advised of the nature of the interview and the identity of Trooper WAGNER.

Trooper WAGNER was advised by DAVID H. DIVELL, BOYD's parole officer, that the Office of Probation and Parole nearly revoked BOYD's parole. However, they were willing to avoid revoking BOYD at this time provided he comply with more stringent guidelines.

BOYD stated that HOLLINGSWORTH was receiving 1/4 to 1 kilogram of crack cocaine at a time. HOLLINGSWORTH was getting the crack cocaine from the Cleveland, Ohio (OH) area. BOYD thought that the name of the source was DUANE HOOD. According to BOYD, a black female would drive the crack cocaine from Cleveland to Erie. The female drives a red Chevrolet Cavalier, possibly late 1990s or early 2000s model, with OH registration. BOYD was with HOLLINGSWORTH on two occasions when he received the crack cocaine from the female. Both times HOLLINGSWORTH met the female at the front motel across from the exit 7 truck stop. BOYD thought it was the SUPER 8 Motel in Summit Township. BOYD witnessed the transaction occur in the parking lot and the female would then rent the room for the night.

HOLLINGSWORTH would occasionally use BOYD's place to break the cocaine down. If HOLLINGWORTH could not find another place, he would call BOYD and see about using BOYD's place. The cocaine was already made into crack cocaine when HOLLINGSWORTH took possession of it. BOYD stated that he personally viewed approximately 1/2 kilogram of crack cocaine. If HOLLINGSWORTH would acquire 18 ounces of crack (1/2 kilogram) BOYD would receive two ounces for allowing HOLLINGWORTH to use his place.

---

Investigation on    01/31/05        at  Erie, PA

File #  166E-PG-66908-302 - 250                     Date dictated   02/04/05

by   Tpr. Eric T. Wagner

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/01/2005

    On Friday, January 28th, while in the process of serving
a Federal search warrant at 2702 Brandes Street., Erie,
Pennsylvania, Cpl. ROBERT TOSKI of the Pennsylvania State Police
observed a tan Nissan sedan pull to the south side of the street,
on East 27th, in front of the residence. The passenger was PIERRE
BOYD. The vehicle was driven by BRENDA HORNE. After seeing Cpl.
TOSKI'S badge, BOYD motioned to HORNE to drive away. The vehicle
started to pull away and then stopped at the intersection of East
27th and Brandes. Cpl. TOSKI walked up to BOYD and asked to speak
to him, at which time BOYD exited the vehicle. BOYD was patted down
for weapons, advised that he was not under arrest, and that a
search warrant was being served on the apartment he shared with
HORNE. HORNE exited the vehicle and was advised of the same. BOYD
was then directed to Det. Sgt. JEFF GREENE of the Erie Police
Department who spoke to BOYD in the rear porch area of the
residence. BOYD agreed to cooperate and went upstairs to the second
floor apartment.

    Once inside he directed officers to the location of
approximately one ounce of crack and a Glock .40 caliber pistol
which were in the west bedroom.

    Cpl. TOSKI and Tpr. WAGNER then proceeded to interview
BOYD in the living room after he signed a Rights Waiver at 6:55 PM.
BOYD admitted that the crack inside the apartment was his. He
stated that his source was "G" or GLEN HOLLINGSWORTH. BOYD stated
that HOLLINGSWORTH'S source is a black male named HOOD from
Cleveland. HOOD'S first name is possibly DEWAYNE.

    BOYD added that he has known HOLLINGSWORTH for a long time
and that they grew up together. BOYD has been receiving crack from
HLLINGSWORTH for about 6 months. HOLLINGSWORTH would give BOYD 1-2
ounces of crack at a time in exchange for the use of BOYD'S
apartment at 2702 Brandes. HOLLINGSWORTH would use the apartment to
"break down" his shipment of crack cocaine into smaller quantities.
It was weighed out on a scale that was in the apartment and bagged
in plastic baggies.BOYD stated that the cocaine was already in
crack form and was cooked in Cleveland. HOLLINGSWORTH would bring
up to a kilo at a time to the apartment. BOYD stated that he

Investigation on   01/28/2004   at  Erie, PA

File #  166E-PG-66908-302                    Date dictated  02/01/2004

by   Cpl. Robert Toski, Tpr. Eric Wagner

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

166E-PG-66908

Continuation of FD-302 of ____Pierre Boyd_____ , On _01/28/2004___ , Page ____2____

suspected that HOLLINGSWORTH possibly brought in more than a kilo, but broke it down at other locations. The crack that HOLLINGSWORTH received from Cleveland was brought to Erie by a black female in a red four door Chevrolet Cavalier. BOYD did not know the female's

name. BOYD stated that HOLLINGSWORTH met this female in different locations each time. BOYD stated that when HOLLINGSWORTH brought the crack to the apartment it was usually in a clothing bag or box.

BOYD stated that HOLLINGSWORTH had brought just under a kilo of crack to the apartment on either Tuesday (01/25/05) or Wednesday (01/26/05) prior to the service of the search warrant on Friday, 01/28/05. The ounce recovered was BOYD'S payment for the use of the apartment.BOYD also stated that the Glock .40 caliber pistol was not his but HOLLINGSWORTH'S ,and that he did not know where it was obtained.

BOYD stated that HOLLINGSWORTH lives at different addresses including his grandmother's in the 600 block of East 19th St., and also at a female named RAYRAY'S which is the corner house at the intersection of Buffalo RD., and Pear St. HOLLINGSWORTh"S cell number is 746-8200.

BOYD also advised that he (BOYD) supplied KEEVON JOHNSON with crack cocaine that he had received from HOLLINGSWORTH.

BOYD stated that HOLLINGSWORTH supplied the individuals crack cocaine:
    (1)  WILFREDO,LNU, a Hispanic male that lives on the east side of Erie.
    (2)  DEVOE PICKERING who received 8-16 ounces that were fronted to him by HOLLINGSWORTH.
    (3)  BEN CROSBY, aka "BEN-BEN" received smaller amounts, and lives in the 2200 or 2300 block of Parade St.
    (4)  A subject named "RAY" who also lives in the 2200 or 2300 block of Parade.
    (5)  SEAN RUSSELL who stays with his mother at 737 East 23rd St.
    (6)  JERMAINE PHILLIPS who receives up to one half a kilo each time from HOLLINGSWORTH. BOYD stated thaton several occasions he had personally seen HOLLINGSWORTH give the cocaine to PHILLIPS.

The Advice of Rights Waiver  executed  by BOYD will be contained in the 1A section of the file.

FD-302a (Rev. 10-6-95)

166E-PG-66908

Continuation of FD-302 of ____Pierre Boyd_____ , On _01/31/05_ , Page __2__

          BOYD sells to one person for the most part, KEVON
JOHNSON.  JOHNSON stays in the 400 block of East 9th Street.

          HOLLINGSWORTH deals with DEVOE PICKERING, GERMAINE
PHILLPS, and a person known as "BEN-BEN".

FD-302a (Rev. 10-6-95)

166E-PG-66908

Continuation of FD-302 of ___ Pierre Boyd _____ , On 01/28/2004 ___ , Page ___3___