Return address (rotated):
Felix Boyd
EK-5968
10745 RT. 18
ALBION, PA 16475-0002

Addressee:
Susan Paradise Baxter
17 South Park Row
Erie, PA 16503

RECEIVED
SEP -7 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS



$01.9