IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-22 Erie |
| PIERRE DUVON BOYD, ) | and |
| ) | Civil No. 07-240 Erie |
| Defendant ) | |
| ) | |

**ORDER**

    AND NOW, this _____ day of _____, 2007, upon consideration of the Government's Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED and the defendant's Motion to Vacate Judgment pursuant to 28 U.S.C. §2255 is DENIED.

    IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. §2253(c), Petitioner has not made a substantial showing of the denial of a constitutional right and is not entitled to a certificate of appealability.

_____
UNITED STATES DISTRICT JUDGE

cm: All parties of record.