IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| V. | ) **Criminal No.:** 05-22E |
| PIERRE DUVON BOYD, | ) |
| DEFENDANT. | ) |

**TYPE OF PLEADING:**

MOTION TO FORMALLY WITHDRAW AS COUNSEL

**FILED ON BEHALF OF:**

PIERRE DUVON BOYD

DEFENDANT

**ATTORNEY OF RECORD:**

ADAM B. COGAN, ESQUIRE
PA I.D. NO.: 75654

ONE NORTHGATE SQUARE
GREENSBURG, PA  15601

(724) 837-9046

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| V. | ) **Criminal No.:** 05-22E |
| PIERRE DUVON BOYD, | ) |
| DEFENDANT. | ) |

## MOTION TO FORMALLY WITHDRAW AS COUNSEL

AND NOW, comes the Defendant, PIERRE DUVON BOYD, by counsel, ADAM B. COGAN, ESQUIRE, and respectfully moves the Court to grant undersigned counsel formal leave to withdraw in this matter. Undersigned counsel's appointment to represent the Defendant has long since expired and the Defendant has filed a Motion pursuant to Title 28 U.S.C. Section 2255 which the Government has moved to dismiss. Undersigned counsel fears, however, that his continued status as formal counsel for the Defendant may inhibit service with respect to the Defendant's pending 2255 petition.

WHEREFORE, undersigned counsel respectfully moves the Court for leave to withdraw as counsel of record in this matter.

RESPECTFULLY SUBMITTED,

s/Adam B. Cogan, Esquire_____
Adam B. Cogan, Esquire
PA I.D. No.: 75654