IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) **Criminal No.:** 05-22E |
| | ) |
| PIERRE DUVON BOYD, | ) |
| | ) |
| DEFENDANT. | ) |

## **ORDER**

AND NOW, this _____ day of October, 2007, undersigned counsel is formally granted leave to withdraw.


_____,J.
THE HONORABLE SEAN J. MCLAUGHLIN