Pierre Boyd
Fed.No. 20257-068
USP Allenwood
P.O. Box 3000
White Deer, Pa.; 17887

MAILED FROM
U.S. PENITENTIARY

RECEIVED
MAR - 3 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

LEGAL MAIL

Clerk Of The Court
United States District Court
17 South Park Row
Erie, Pa.; 16507

LEGAL MAIL