IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
 )
vs. ) Criminal Number 05-22E
 )
PIERRE BOYD )

The above named defendant satisfied the judgment of MARCH 02, 2006 by paying on JUNE 06, 2008, the full balance due on his/her court ordered:

____X____ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7-14-08
Deputy Clerk                    Date